ACCEPTED
01-14-00246-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/11/2015 4:53:14 PM
CHRISTOPHER PRINE
CLERK

**NO. 01-14-00246-CV**

_____

**IN THE COURT OF APPEALS FOR THE FIRST JUDICIAL DISTRICT AT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/11/2015 4:53:14 PM
CHRISTOPHER A. PRINE
Clerk

_____

**ALLEN L. BERRY, JOSEPH D. McCORD, AND ROBERT G. TAYLOR, II**

Appellants

**vs.**

**ENCORE BANK**

Appellee

_____

On Appeal from the 152nd Judicial District Court
of Harris County, Texas, Case No. 2010-63264

_____

**APPELLANTS' FIRST UNOPPOSED MOTION
TO EXTEND TIME TO FILE MOTION FOR REHEARING
AND MOTION FOR EN BANC RECONSIDERATION**

_____

Jerry S. Payne
State Bar No. 15658000
616 Voss Rd.
Hunters Creek Village, Texas 77024
(713) 785-0677 / Fax (713) 781-8547
Jspayne1776@sbcglobal.net
_Attorney for Appellant Allen L. Berry_

Jett Williams III
HENKE LAW FIRM, LLP
State Bar No. 21554000
3200 Southwest Freeway, 34th Floor
Houston, Texas 77027
(713) 940-4500 / Fax (713) 940-4545
JWilliams@HenkeLawFirm.com
_Attorney for Appellant Joseph D. McCord_

Robert G. Taylor, III
LAW OFFICE OF ROBERT G. TAYLOR, III
State Bar No 19721100
4119 Montrose, Suite 400
Houston, Texas 77006
(713) 654-7799 / Fax (713) 654-7814
rt3atty@gmail.com
_Attorney for Appellant Robert G. Taylor, II_

**ORAL ARGUMENT GRANTED**

_____

# IN THE COURT OF APPEALS FOR THE
## FIRST JUDICIAL DISTRICT AT HOUSTON, TEXAS

_____

**ALLEN L. BERRY, JOSEPH D. McCORD,
AND ROBERT G. TAYLOR, II**
                                        Appellants
**vs.**

**ENCORE BANK**
                                        Appellee

On Appeal from the 152nd Judicial District Court
of Harris County, Texas, Case No. 2010-63264

## APPELLANTS' FIRST UNOPPOSED MOTION
## TO EXTEND TIME TO FILE MOTION FOR REHEARING
## AND MOTION FOR EN BANC RECONSIDERATION

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Pursuant to TEX. R. APP. P. 49.8, APPELLANTS ALLEN L. BERRY, JOSEPH D. MCCORD, and ROBERT G. TAYLOR, II (hereinafter collectively referred to as "Appellants") respectfully request this Honorable Court extend the time for Appellants to file their *Motion for Rehearing* and *Motion for En Banc Reconsideration* and in support thereof submit the following:

1.    Appellants are ALLEN L. BERRY, JOSEPH D. McCORD, and ROBERT G. TAYLOR, II.

2.	Appellee is Encore Bank (hereinafter collectively referred to as "Appellee").

3.	The parties have agreed to this motion.

4.	The Court of Appeals issued its Judgment and Opinion in this matter on June 2, 2015. Appellants' *Motion for Rehearing* and *Motion for En Banc Reconsideration* are due on or before June 17, 2015. *See* TEX. R. APP. P. 49.8.

5.	This motion is filed before Appellants' motions are due.

6.	Appellants request that this Court grant them an additional time to file their *Motion for Rehearing* and *Motion for En Banc Reconsideration*, extending the deadline for filing to Wednesday, July 1, 2015.

7.	No previous extension has been requested or granted to extend the time to file Appellants' *Motion for Rehearing* and *Motion for En Banc Reconsideration*.

8.	An extension is necessary because counsel for Appellant Joseph D. McCord, Jett Williams III, has recently concluded a complex arbitration proceeding and has been preparing all closing briefs and filings in the arbitration proceeding. Therefore, Appellants need additional time to prepare the *Motion for Rehearing* and *Motion for En Banc Reconsideration*. Appellants' request for an extension is not for purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, APPELLANTS ALLEN L. BERRY, JOSEPH D. McCORD, and ROBERT G. TAYLOR, II respectfully request that this Honorable Court grant them an extension of the deadline for filing their *Motion for Rehearing* and *Motion for En Banc Reconsideration*, extending the deadline to Wednesday, July 2, 2015 and all such other and further relief to which they may show themselves entitled.

Respectfully submitted,

**HENKE LAW FIRM, LLP**


By: */s/ Jett Williams*
    JETT WILLIAMS III
    State Bar No. 21554000
    JWilliams@HenkeLawFirm.com
    3200 Southwest Freeway, 34th Floor
    Houston, Texas 77027
    Telephone:    (713) 940-4500
    Facsimile:    (713) 940-4545

    **ATTORNEYS FOR APPELLANT**
    **JOSEPH D. McCORD**

**LAW OFFICE OF ROBERT G. TAYLOR, III**


By: */s/ Robert G. Taylor, III*
    Robert G. Taylor, III
    State Bar No. 19721100
    4119 Montrose, Suite 400
    Houston, Texas 77006
    Telephone: (713) 654-7799
    Facsimile: (713) 654-7814

    **ATTORNEYS FOR APPELLANT ROBERT G. TAYLOR, II**


By: */s/ Jerry S. Payne*
    Jerry S. Payne
    State Bar No. 15658000
    616 Voss Rd.
    Hunters Creek Village, Texas 77024
    Telephone: (713) 785-0677
    Facsimile (713) 781-8547

    **ATTORNEYS FOR APPELLANT ALLEN L. BERRY**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Appellee and they are unopposed to this *Motion for Extension of Time to File Appellants' Motion for Rehearing* and *En Banc Motion for Reconsideration*.

/s/ Jett Williams III
JETT WILLIAMS III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Appellants' Unopposed Motion for Extension of Time to File Motion for Rehearing and Motion for En Banc Reconsideration* has been sent to the following counsel of record on this the 11th day of June, 2015.

*Counsel for Plaintiff/Appellee*
Paul J. Dobrowski
Dobrowski, Larkin & Johnson L.L.P.
4601 Washington Avenue, Suite 300
Houston, Texas 77007
(713) 659-2900 / (713) 659-2908 (Fax)
*Via eFile and Facsimile*

*Counsel for Defendant/Appellant Robert G. Taylor, II*
Robert G. Taylor, III
Law Office of Robert G. Taylor, III
4119 Montrose, Suite 400
Houston, Texas 77006
(713) 654-7799 / (713) 654-7814 (Fax)
*Via eFile and Facsimile*

*Counsel for Defendant/Appellant Allen L. Berry*
James E. "Jeb" Brown, II Will Allen Shindler, Jr.
3100 Edloe Street, Suite220
Houston, Texas 77027
(713) 439-1988 / (832) 460-3263 (Fax)
*Via eFile and Facsimile*

*Counsel for Defendant/Appellant Allen L. Berry*
Jerry S. Payne
616 Voss Rd.
Hunters Creek Village, Texas 77056
(713) 785-0677 / (713) 781-8547 (Fax)
*Via eFile and Facsimile*


                                       */s/ Jett Williams*
                                       JETT WILLIAMS III